UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MACKIE L. SHIVERS, JR.,

      Movant.

vs.

UNITED STATES OF AMERICA,

      Respondent.

CASE NO.  12-61196-CIV-DIMITROULEAS
(12-60530-CIV-DIMITROULEAS)
(09-61646-CIV-DIMITROULEAS)
(02-60821-CIV-DIMITROULEAS)
(99-6116-CR-DIMITROULEAS)

_____/

## FINAL JUDGMENT FOR RESPONDENT; ORDER DENYING CERTIFICATE OF APPEALABILITY

THIS CAUSE is before the Court upon the Final Judgment and Order Dismissing Judgment Action, signed today on June 15, 2012.  Accordingly, pursuant to Rule 58(a) Fed. R. Civ. Proc. and Rule 11(a), Section 2255 Proceedings, it is

ORDERED AND ADJUDGED as follows:

1.     Judgment is entered on behalf of Respondent, against the Movant, Mackie L. Shivers, Jr.

2.     On consideration of a Certificate of Appealability, the Court will deny such certifications as this Court determines that Petitioner has not shown a violation of a substantial constitutional right.  The Court notes that pursuant to Rule 22(b)(1), Fed. Rules App. Proc. Petitioner may now seek a certificate of appealability from the Eleventh Circuit Court of Appeals.

3.     The Clerk shall close this case and deny any pending motions as Moot.

1

DONE AND ORDERED in Chambers at For Lauderdale, Broward County, Florida, this 15th day of June, 2012.



WILLIAM P. DIMITROULEAS
United States District Judge


Copies furnished to:

Mackie L. Shivers, Jr., #51823-019
c/o FCC Coleman USP II
PO Box 1034
Coleman, Florida 33521-1034

Scott Behnke, AUSA